# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re: **Suzanne R. Deikan**
**John F. Deikan**
Debtor(s)

Chapter 13
Case No. **11-40187-MSH**

## MOTION AND AGREED ORDER TO EXTEND TIME FOR CHAPTER 13 TRUSTEE TO FILE OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND EXEMPTIONS

Denise M. Pappalardo, the Standing Chapter 13 Trustee (the "Trustee") and the Debtor(s) hereby move that this Court extend the deadline for the Trustee to file an Objection to Confirmation of the Chapter 13 Plan and Exemptions to **April 22**, 20**11**. As grounds therefore, the parties state the following:

1. The Debtor(s) will produce the following documents to the Trustee on or before _____

2. The Debtor(s) shall file the following on or before **March 18**, 20**11**.
   ___ Amended Plan
   **X** Amended Schedules **C, Objection to Bank Proof of Claim**
   **X** Other **Motion to Amend Domestic Support/Tax cert. affidavit**

3. In the event of a default on terms of this Motion and Order, it is agreed that upon the Trustee filing a Certificate of Non-Compliance, on seven (7) days notice to the Debtor(s) and Debtor's attorney, this case shall be dismissed without further Order or hearing of the Court.

WHEREFORE, the Trustee and the Debtor request that the within Motion and Order be allowed.

_____  _____  _____
Chapter 13 Trustee       Pro-se                    Debtor(s) Suzanne R. Deikan
(Pappalardo)             Attorney for Debtor(s)             John F. Deikan

SO ORDERED: _____
U.S. Bankruptcy Judge                    Dated